**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

Re:     CASE NUMBER: <u>17-17631</u>     DATE: <u>02/13/2020</u>

NAME: BRANDON K. PHILLIPS

# FRBP 4002 STATEMENT OF CHANGE OF MAILING ADDRESS OF DEBTOR

Dear Clerk of the Court:

Please change debtor's address on file from 250 N. Columbus Blvd., Apt. 414, Philadelphia, PA 19105 to the following mailing address:

**Brandon K. Phillips**
**330 Jacksonville Road, Apt. 10-311**
**Warminster, PA 18974**

I declare under the penalty of perjury that the address listed above is the current mailing address for debtor.

Sincerely,

/s/ Stephen M. Dunne
Attorney for Debtor