United States Bankruptcy Court

Eastern District of Pennsylvania

In re:                                                                                          Case No. 17-17631-mdc

Brandon K Phillips                                                                   Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

| District/off: 0313-2 | User: admin | Page 1 of 3 |
|---|---|---|
| Date Rcvd: Dec 30, 2022 | Form ID: 138OBJ | Total Noticed: 39 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 01, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Brandon K Phillips, 330 Jacksonville Road, Apt. 10-311, Warminster, PA 18974-6414 |
| 14011785 | + | Citibank, NA, Po Box 6191, Sioux Falls, SD 57117-6191 |
| 14088727 | + | Dunne Law Offices, P.C., 1515 Market Street, Suite 1200, Philadelphia, PA 19102-1932 |
| 14011791 | + | Jefferson Hospital, PO BOX 8500-3100, Philadelphia, PA 19178-0001 |
| 14011792 | + | Jefferson University Physicians, Central Business Office, PO Box 40089, Philadelphia, PA 19106-0089 |
| 14011793 | + | Nationwide Credit, Inc., PO BOX 26314, Lehigh Valley, PA 18002-6314 |
| 14029341 | | Navient Solutions, LLC on behalf of, Florida Department of Education, Office of Student Financial Assistance, PO Box 7019, Tallahassee, FL 32314-7019 |
| 14011798 | + | Physician Business Services, PO BOX 40089, Philadelphia, PA 19106-0089 |
| 14011801 | + | Slc Conduit I Llc, Citi, Po Box 6191, Sioux Falls, SD 57117-6191 |
| 14011806 | + | Thomas Jefferson Hospital, PO BOX 8500-3100, Philadelphia, PA 19178-0001 |
| 14238287 | + | Toyota Motor Credit Corp., c/o Rebecca A Solarz, Esquire, 701 Market Street, Suite 5000, Philadelphia, PA 19106-1541 |

TOTAL: 11

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Dec 30 2022 23:46:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Dec 30 2022 23:46:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| 14011776 | + | Email/Text: bnc@alltran.com | Dec 30 2022 23:46:00 | Alltran Financial, LP, PO BOX 722929, Houston, TX 77272-2929 |
| 14050947 | | Email/PDF: bncnotices@becket-lee.com | Dec 31 2022 00:01:56 | American Express Bank, FSB, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14058753 | | Email/PDF: bncnotices@becket-lee.com | Dec 30 2022 23:51:45 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14011777 | + | Email/PDF: bncnotices@becket-lee.com | Dec 31 2022 00:01:52 | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14011780 | + | Email/Text: BarclaysBankDelaware@tsico.com | Dec 30 2022 23:46:00 | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14011782 | + | Email/Text: bankruptcy_notifications@ccsusa.com | Dec 30 2022 23:46:00 | CCS, Payment Process Center, PO BOX 55126, Boston, MA 02205-5126 |
| 14011788 | + | Email/PDF: Citi.BNC.Correspondence@citi.com | Dec 30 2022 23:51:38 | Citibank/Shell Oil, Citicorp Srvs/ Centralized Bankruptcy, Po Box 790040, St Louis, MO 63179-0040 |
| 14011789 | + | Email/Text: bankruptcy_notifications@ccsusa.com | | |

District/off: 0313-2 | User: admin | Page 2 of 3
Date Rcvd: Dec 30, 2022 | Form ID: 138OBJ | Total Noticed: 39

| | | | |
|---|---|---|---|
| | | Dec 30 2022 23:46:00 | Credit Collection Services, 725 Canton Street, Norwood, MA 02062-2679 |
| 14361668 | | Email/Text: ECMCBKNotices@ecmc.org | |
| | | Dec 30 2022 23:46:00 | Educational Credit Management Corporation, P.O. Box 16408, St. Paul, MN 551160408 |
| 14011790 | | Email/Text: GCSBankruptcy@gcserv.com | |
| | | Dec 30 2022 23:46:00 | GC Services Limited Partnership, 6330 Gulfton, Houston, TX 77081 |
| 14011783 | | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | Dec 30 2022 23:51:40 | Chase Card, Attn: Correspondence, Po Box 15298, Wilmington, DE 19850 |
| 14011784 | | Email/PDF: ais.chase.ebn@aisinfo.com | |
| | | Dec 30 2022 23:51:31 | Chase Card, Po Box 15298, Wilmington, DE 19850 |
| 14062077 | + | Email/Text: bankruptcydpt@mcmcg.com | |
| | | Dec 30 2022 23:46:00 | MIDLAND FUNDING LLC, PO BOX 2011, WARREN, MI 48090-2011 |
| 14011794 | + | Email/PDF: pa_dc_claims@navient.com | |
| | | Dec 30 2022 23:51:37 | Navient, Attn: Bankruptcy, Po Box 9500, Wilkes-Barr, PA 18773-9500 |
| 14011795 | + | Email/Text: bankruptcy@nfm.com | |
| | | Dec 30 2022 23:46:00 | Nebraska Furniture Mar, Attn: Collections, Po Box 2335, Omaha, NE 68103-2335 |
| 14011797 | ^ | MEBN | |
| | | Dec 30 2022 23:44:33 | Northstar Location Services, LLC, 4285 Genesee Street, Buffalo, NY 14225-1943 |
| 14011796 | ^ | MEBN | |
| | | Dec 30 2022 23:44:33 | Northstar Location Services, LLC, 4285 Genesee Street, Cheektowaga, NY 14225-1943 |
| 14035594 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | |
| | | Dec 30 2022 23:51:42 | Portfolio Recovery Associates, LLC, POB 41067, Norfolk VA 23541 |
| 14011800 | + | Email/Text: enotifications@santanderconsumerusa.com | |
| | | Dec 30 2022 23:46:00 | Santander Consumer USA, Po Box 961245, Ft Worth, TX 76161-0244 |
| 14011802 | + | Email/Text: DSLBKYPRO@discover.com | |
| | | Dec 30 2022 23:46:00 | Student Loan Corp, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 14011805 | + | Email/PDF: gecsedi@recoverycorp.com | |
| | | Dec 30 2022 23:51:41 | Synchrony Bank/Mens Wearhouse, Attn: Bankruptcy, Po Box 956060, Orlando, FL 32896-0001 |
| 14011807 | | Email/Text: TFS_Agency_Bankruptcy@toyota.com | |
| | | Dec 30 2022 23:46:00 | Toyota Motor Credit Co, Po Box 8026, Cedar Rapids, IA 52408 |
| 14072103 | + | Email/Text: ToyotaBKNotices@nationalbankruptcy.com | |
| | | Dec 30 2022 23:46:00 | Toyota Lease Trust, c/o Toyota Motor Credit Corporation, PO Box 9013, Addison, Texas 75001-9013 |
| 14058786 | | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | |
| | | Dec 30 2022 23:46:00 | US DEPT OF EDUCATION, CLAIMS FILING UNIT, PO BOX 8973, MADISON, WI 53708-8973 |
| 14011810 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | |
| | | Dec 30 2022 23:46:00 | Us Dept Of Ed/Great Lakes Higher Educati, Po Box 7860, Madison, WI 53707-7860 |
| 14011809 | + | Email/Text: Great_Lakes_EBN_Docs@nelnet.net | |
| | | Dec 30 2022 23:46:00 | Us Dept Of Ed/Great Lakes Higher Educati, Attn: Bankruptcy, 2401 International Lane, Madison, WI 53704-3121 |

TOTAL: 28

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14011778 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14011779 | *+ | Amex, Correspondence, Po Box 981540, El Paso, TX 79998-1540 |
| 14011781 | *+ | Barclays Bank Delaware, 100 S West St, Wilmington, DE 19801-5015 |
| 14011786 | *+ | Citibank, NA, Po Box 6191, Sioux Falls, SD 57117-6191 |
| 14011787 | *+ | Citibank, NA, Po Box 6191, Sioux Falls, SD 57117-6191 |

District/off: 0313-2 User: admin Page 3 of 3
Date Rcvd: Dec 30, 2022 Form ID: 138OBJ Total Noticed: 39

| 14011803 | *+ | Student Loan Corp, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 14011804 | *+ | Student Loan Corp, Po Box 30948, Salt Lake City, UT 84130-0948 |
| 14011808 | *+ | Toyota Motor Credit Company, Po Box 8026, Cedar Rapids, IA 52408-8026 |
| 14011799 | ##+ | ProCo, PO Box 2462, Aston, PA 19014-0462 |

TOTAL: 0 Undeliverable, 8 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 01, 2023 Signature: _____/s/Gustava Winters_____

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 30, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| BRIAN CRAIG NICHOLAS | on behalf of Creditor Toyota Motor Credit Corporation bnicholas@kmllawgroup.com  bkgroup@kmllawgroup.com |
| KENNETH E. WEST | ecfemails@ph13trustee.com  philaecf@gmail.com |
| STEPHEN MATTHEW DUNNE | on behalf of Debtor Brandon K Phillips bestcasestephen@gmail.com  dunnesr74587@notify.bestcase.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 4

### *UNITED STATES BANKRUPTCY COURT*
### *EASTERN DISTRICT OF PENNSYLVANIA*

---

In Re: Brandon K Phillips

              Debtor(s)

Case No: 17−17631−mdc

Chapter: 13

---

### *NOTICE OF DEADLINE TO OBJECT TO DISCHARGE*

To all creditors and parties in interest, NOTICE IS GIVEN THAT:

The Standing Chapter 13 Trustee has indicated that all plan payments have been made.

Any objection to the entry of the Debtor(s)' Order of Discharge or request to delay the entry of discharge pursuant to 11 U.S.C. § 1328(h), must be filed in writing within 14 days from the date of this Notice with the Clerk of the U.S. Bankruptcy Court.

All objections must be filed with the Clerk at the following address:

900 Market Street
Suite 400
Philadelphia, PA 19107

In the absence of any objection, the Court may enter the Order of Discharge.

For The Court

Timothy B. McGrath
Clerk of Court

Dated: 12/30/22